**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

**DOREEN BOARMAN**                                                                                **PLAINTIFF**

v.                                        **CASE NO. 4:11CV00479 BSM**

**STEVEN F. MOLPUS, DDS, PLC d/b/a**                                              **DEFENDANTS**
**CENTRAL ARKANSAS ORAL &**
**MAXILLOFACIAL SURGERY et al.**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 29th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE